IN THE UNITED STATED DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SNYDER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-05037-MDH |
| ) | |
| CITY OF JOPLIN, MISSOURI ) | |
| ) | |
| ) | |
| Defendant. ) | |

### ORDER

This case is currently stayed pursuant to an Order filed June 13, 2018, to allow the parties time to discuss possible settlement. (Doc. 19). The stay order expired August 13, 2018. The Court hereby Orders parties to file a Status Report on or before August 27, 2018.

**IT IS SO ORDERED.**

Dated: August 20, 2018

                                               */s/ Douglas Harpool*
                                               **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**