# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SNYDER, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:18-cv-05037-MDH |
| | ) | |
| CITY OF JOPLIN, MISSOURI, | ) | |
|     Defendant. | ) | |

## STATUS REPORT

COMES NOW the City of Joplin, by and through its attorney, Karl W. Blanchard, Jr. and the firm of Blanchard, Robertson, Mitchell & Carter, and for in response to the Court's request for a status report of August 20, 2018, reports as follows:

On July 2, 2018, City of Joplin submitted proposed Ordinance changes and revisions to counsel for plaintiff. On August 13, 2018 by email, attorney Wilcox for the plaintiff rejected the proposed changes. At the present time the City is evaluating plaintiff's response and options and anticipates that a response will be formulated by September 15, 2018.

BLANCHARD, ROBERTSON, MITCHELL & CARTER

By   /s/ Karl W. Blanchard, Jr.
    Karl W. Blanchard, Jr., MO Bar No. 23180
    320 West 4th Street, P. O. Box 1626
    Joplin, MO 64802
    (417) 623-1515/(417) 623-6865 (Fax)
    blanchardjr@brmclaw.com

ATTORNEYS FOR DEFENDANT

I certify that the foregoing was filed electronically
with the Court's CM/ECT system this 21st day
of August, 2018 causing a copy to be e-mailed to:

ANTHONY ROTHERT
American Civil Liberties Union of Missouri
906 Olive Street, #1130
St. Louis, MO 63101

_____/s/ Karl W. Blanchard, Jr._____