IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER SNYDER,** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No. 3:18-cv-05037-MDH |
| | ) | |
| **CITY OF JOPLIN, MISSOURI,** | ) | |
| **Defendant.** | ) | |

## MOTION TO DISMISS

COMES NOW Defendant City of Joplin, by and through its attorney, and moves this Court for its Order dismissing plaintiff's Complaint and all counts, claims, and causes of action stated therein for the reason that the claims are moot.

In support of its motion, defendant states that the Ordinance complained of has not been enforced. Further, that on November 5, 2018 the last reading of a new Ordinance repealing the complained of Ordinance was read and will be fully effective within 30 days. For all of the above reasons plaintiff's Complaint and the issues raised are moot and should be dismissed with each party to bear their own costs.

WHEREFORE, defendant moves the Court for its Order dismissing plaintiff's Complaint with each party to bear their own costs and for such other orders as the Court deems just and proper.

BLANCHARD, ROBERTSON, MITCHELL & CARTER

By     /s/ Karl W. Blanchard, Jr.
    Karl W. Blanchard, Jr., MO Bar No. 23180
    320 West 4th Street, P. O. Box 1626
    Joplin, MO 64802
    (417) 623-1515/(417) 623-6865 (Fax)
    blanchardjr@brmclaw.com

ATTORNEYS FOR DEFENDANT

I certify that the foregoing was filed electronically
with the Court's CM/ECT system this 8th day
of November, 2018 causing a copy to be e-mailed to:

ANTHONY ROTHERT
American Civil Liberties Union of Missouri
906 Olive Street, #1130
St. Louis, MO 63101

_____/s/ Karl W. Blanchard, Jr._____